THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALVIN DIXON**                                                                                    **PLAINTIFF**
Reg #07735-045

v.                              Case No. 2:19-cv-00112-KGB/PSH

**DEWAYNE HENDRIX,**                                                           **DEFENDANT**
Warden, Forrest City Low

## ORDER

Before the Court are the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris on July 10, 2020 (Dkt. No. 12). No objections have been filed by plaintiff Alvin Dixon, and the deadline for filing objections has since passed. Accordingly, after careful consideration, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court grants defendant Dewayne Hendrix's motion to dismiss, and the Court dismisses Mr. Dixon's petition (Dkt. Nos. 1; 7)

It is so ordered this 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge