THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALVIN DIXON**                                                                                          **PLAINTIFF**
**Reg #07735-045**

**v.**                            **Case No. 2:19-cv-00112-KGB/PSH**

**DEWAYNE HENDRIX,**                                                                   **DEFENDANT**
**Warden, Forrest City Low**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Alvin Dixon's petition is dismissed without prejudice.  The relief requested is denied.

So adjudged this the 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge